UNITED STATES of America, Plaintiff–Appellee,

v.

Salvador AVILES, Defendant–Appellant.

United States of America, Plaintiff–Appellee,

v.

Miguel Angel Barrenechea, Defendant–Appellant.

United States of America, Plaintiff–Appellee,

v.

Rafael Cornejo, Defendant–Appellant.

United States of America, Plaintiff–Appellee,

v.

Carlos A. Perez, Defendant–Appellant.

Nos. 96–10110, 97–10289, 96–10167, 97–10251.

United States Court of Appeals, Ninth Circuit.

Filed June 30, 2000

Before: NOONAN, TROTT, Circuit Judges, and WALLACH,[1] Judge.

1. The Honorable Evan J. Wallach, Judge, U.S. Court of International Trade, sitting by desig-

**ORDER**

The mandate is hereby recalled.

The opinion filed August 18, 1998 is amended at 170 F.3d 863, 869, § 7–10, l.6, replace "these times not counting" with "the seventy day period excluding";

l.7, replace "or" with "and".

l.8, replace *United States v. Springer,* 51 F.3d 861, 865 (9th Cir.1995) (finding an exclusion ... January 12, 1994)" with *"United States v. Wirsing,* 867 F.2d 1227, 1230 n. 6 (9th Cir.1989)".

■

Donald MacFARLANE and James Fogle, Petitioners–Appellants,

v.

Kay WALTER and Kenneth Ducharme, Respondents–Appellees.

No. 97–35725.

United States Court of Appeals, Ninth Circuit.

Filed July 7, 2000

Before: SKOPIL, Jr., REINHARDT, and GRABER, Circuit Judges.

ORDER

Pursuant to the Order of the Supreme Court of the United States, the case is dismissed as moot.